**FILED**
MAR 28 2008


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

Terrence D. Stinson
Plaintiff,

CIV 08-4043

vs.

**COMPLAINT**

State of South Dakota, ect,
Defendant.

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes (x)   No ( )

B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs _Terrence D. Stinson #40172_

   Defendants _See Attachment (A)_
   _pages 1(one) thru 3 (three)_

2. Court (if federal court, name the district; if state court, name the county)
   _United States District of South_
   _Dakota, Southern Division, Minnehaha County._

3. Docket number(s) _Civ-02-4023 RHB/Civ 05-4075_.

4. Name of Judge to whom case was assigned _Richard H. Battey_.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_.

6. Approximate date of filing lawsuit _February 6, 2002_.

7. Approximate date of disposition _February 22, 2006_.

(1)

II. PLACE OF PRESENT CONFINEMENT __Yankton Minimum Unit, SDSP__

    A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

    C. If your answer is yes,

        1. What steps did you take? __N/A__

        2. What was the result? __N/A__

    D. If your answer is no, explain why not __Civil Rights Violation Governed Only by Federal Law__

    E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( ) No (X)

    F. If you answer is yes,

        1. What steps did you take? __N/A__

        2. What was the result? __N/A__

III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff __Terrence Dubois Stinson #40178__
Address __Yankton Minimum Unit 178 Mickelson Drive, Yankton South Dakota 57078__

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Name of Defendant __State of South Dakota__ who is employed as __N/A__ at __N/A__

(2)

C.  Additional Defendants _See Attachment A_
_Defendants (1) One thru 11 eleven_
_Names, Address and Other Factors, pases (1) one & (2) two._

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

_False Imprisonment thru Fraud_
_And Discrimination. See Attachment_
_(B) And Claims thru'd in pase (1) one thru_
_(5) five._
_See Complete Attachment A/B_

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I want this Court to deem Conviction_
_under 01-508 held Void & immediate_
_release from prison and any and all_
_defendants Ordered to pay Actual Punitive_
_Damages Attorney fees to Pro Applicant, Each_
_in their Individual & Official Capacity(s)_

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this __21__ day of __March__, 19 __2008__.

_____
Signature of Plaintiff

(9/96)

(3)

Attachment (A)

Defendants:

① State of South Dakota,

② Larry Long Attorney General
1302 East Highway 14 Suite 1
Pierre, South Dakota 57501-8501,

③ Dave Nelson
State's Attorney of Minnehaha County
415 N. Dakota Avenue
Sioux Falls, South Dakota 57104,

④ South Dakota Police Department
Officer Detective Mc Clary
425 N. Dakota Avenue
Sioux Falls, South Dakota 57104,

⑤ Attorney Nicole Cooper of Minnehaha
County Public Defenders Office
413 North Main Avenue
Sioux Falls, South Dakota 57104
(Continuing)

(1 of 3 pages)

(Continuing)                                    Attachment A

⑥ Attorney Carmen Means of
Minnehaha County Advocates office
415 North Main Avenue
Sioux Falls, South Dakota 57104,

⑦ Private Attorney Douglas Thesenvete
300 N. Dakota Ave. Suite 603
Sioux Falls, S.D. 57104-6042,

⑧ Rhonda L. Lockwood Private Attorney
Cowrley's Historical Building
400 North Main Avenue, Suite 202
Sioux Falls, S.D. 57104,

⑨ Attorney Manuel J. De Castro
413 North Main Avenue
Sioux Falls South Dakota (of
County Public Defenders office), 57104,
~~57104~~

⑩ Matthew Theophilus of
Deputy States Prosecuting Attorney
415 North Dakota Ave
Sioux Falls, South Dakota, 57104,

(2 of 3 pages)                    (Continuing)

(Continuing)                                   Attachment (A)

(11) Dr. McGrath
Occupational Profession Psychology
2316 S. Kolt Ave
Sioux Falls, South Dakota 57105,

(12) private
Attorney Steven R. Roback
427 North Minnesota Avenue,
Suite 101
Sioux Falls, South Dakota 57104-2444

These are the Defendants of this
Action and the State of South
Dakota is the XLEAC

                              Sincerely
                              Terrance J. Hinson
                              3/21/2008


3 of 3 Pages

Attachment B

Claims:

I. Illegal Search & Seizure
Petitioner Claims Minnehaha County Law Enforcement Officers Arrested & Held Petitioner without Probable Cause on Capital Charges Fabricated After Arrest, Detective McCreary Forged a Bench Warrant Not Issued by a Judge.

II. Fabricated Official Court Documents
Petitioner Claims Prosecuting Attorney intentionally Filed Fabricated Court Documents Such As Indictment, Grand Jury Proceedings, Arrest Warrant, Police reports, Ect, As Original Charges in Connection with initial arrest Were Terminated by Honorable Judge Sass on February 26, 2001, Two (2) days After Petitioner Arrest, All Under the Color of South Dakota State law. (Continuing)

(1 of 5)

Continuing                                    Attachment B

### III. Due Process

Petitioner claims the denial of due process by the following act but not limited too...

(A) The failure to hold a preliminary hearing on any and all charges as stated by Indictment,

(B) Petitioner was tried & convicted in violation of Court Order Psychiatric Examination to determine Competency as stated by Motion & Affidavit,

(C) Petitioner was denied his Subpoena & Appearance requested of Only k key Eyewitness to defense at trial,

(D) Petitioner was Abandoned at Crucial Stage of trial proceeding by Court Appointed Counsel(s) Nicole Carper, Carmen Means, Douglas Kussaute, Rhonda Lockwood, Manuel J. deCastro,

(Continuing)

2 of 5

(Continuing)                                    Attachment (B)

(E) Petitioner was Appointed & Force to keep Court Appointed Counsel Attorney Douglas Kassoute a former State Prosecutor whom had previously prosecuted Petitioner, and completely tainted Petitioner's Court Trials & hearing there of;

(F) All Court Appointed Attorney's for Petitioner have neglectly represented Petitioner proceedings by failing to merit issue request by Petitioner;

(G) Petitioner was Denied effective Counsel on direct Appeal(s) both Habeas Corpus and initial appeals from verdict, violating primary stages of trial

(H) Petitioner was Denied proper Discovery Even upon Order of Court & received Falsified document thereafter;

(I) Petitioner Claims Conviction Obtain in-violation of Self Incrimination
                                              (Continuing)

(3 of 5)

Continuing                               Attachment B

(J) Petitioner Claims Ineffective Assistance of Counsel of all Attorneys whom failed to disclose Perjury alleged Testimony by Victim of Aggravated Assault by failing to Subpoena doctor whom Examined injury,

### IIII. Cruel & Unusual Punishment

Petitioner Claims being held in the Minnehaha County Jail in Sioux Falls, South Dakota From February 24, 2001 until December 2, 2002 Some 22 months was in Violation of State & Federal Constitutional law,

### V. Discrimination

Petitioner Claims because he is Black he was Continually denied Fair litigation by Government officials & Appointed Counsel before, during & after Jury trial, in South Dakota

(Continuing)

(4 of 5)

Continuing                                    Attachment (B)

## VI. False Imprisonment

Petitioner claims he is innocent of all charges and held unlawfully thru perjury of victim & falsified court document along with other criminal malfesance committed by government officials & counsel in collusion.

## VII. Duress

Petitioner claims he has been forced to represent himself, suffering mentally the loss of family, physically the loss of money, and emotionally the loss of time in absent of family contestly

All violation of civil constitutional rights. These are the claims of this action and the State of South Dakota this Head.

Sincerely
Trevor D. Johnson
3/21/2008

(5 of 5)