# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-2526

Terrence D. Stinson,

Plaintiff - Appellant

v.

State of South Dakota; Larry Long, Attorney General; Dave Nelson, State's Attorney of Minnehaha County; Officer/Detective McClary, South Dakota Police Department; Nichole Carper, Attorney, Minnehaha County Public Defender's Office; Carmen Means, Minnehaha County Advocates Office; Douglas Thesenvitz, Private Attorney; Rhonda C. Lockwood, Private Attorney; Manuel J. Decastro, County Public Defender's Office; Matthew Theophilus, Deputy States Prosecuting Attorney; Dr. McGrath; Steven K. Rabuck, Private Attorney,

Defendants - Appellees

Appeal from U.S. District Court for the District of South Dakota
(4:08-cv-04043-LLP)

## JUDGMENT

Appellant Stinson has not responded to the court's order entered 08/18/2008. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

September 19, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans